# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Travel Caddy, Inc.

                Plaintiff,

v.                                 Case No.: 1:15−cv−02433

                                     Honorable Matthew F. Kennelly

ECBC, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 5/28/2015 with only plaintiff's attorney appearing. The parties have reached a settlement, subject to documentation. Status hearing is continued to 6/15/2015 at 9:00 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.